IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFF WITTMAN OF IMPULSE MONITORING, INC.,

    Plaintiff,

v.                                                      CIV 14-0613 MV/KBM

AETNA HEALTH, INC.,

    Defendant.

## ORDER STAYING CASE

THIS MATTER is before the Court on Defendant's Motion to Stay pending resolution of its motion to transfer pursuant to 28 U.S.C. § 1407 which was filed with the Judicial Panel on Multidistrict Litigation on July 25, 2014. *Doc.11*. Having reviewed the submissions of the parties, the Court is persuaded that staying this action pending the Panel's decision on the Motion to Transfer, a hearing on which is set for October 2, 2014, potentially will conserve judicial resources, avoid unnecessary and expensive duplication of effort, and to avoid inconsistent rulings. Therefore, the motion will be denied.

**IT IS SO ORDERED.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE